United States District Court

Eastern District of California

Clarence Howard,

    Plaintiff,                  No. Civ. S 05-1170 GEB PAN P

  vs.                         Order

Gradtillo, et al.,

    Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

    Plaintiff alleges a violation of his civil rights in Tehachapi, California.  Tehachapi is in the Fresno Division of this court and the action should have been commenced there.  <u>See</u> Local Rule 3-120(b).  The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

    Accordingly, the court hereby orders that:

1. This action is transferred to the Fresno Division.

2. The clerk of court shall assign a new case number.

3. All future filings shall reference the new case number and shall be filed at:

>   United States District Court
>   Eastern District of California
>   1130 "O" Street
>   Fresno, CA 93721

Dated: July 12, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

2